

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00441-CR

**IN RE** Roy Louis **SMITHWICK** Jr.

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On July 16, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 23, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle, Clerk